MARIA GALLINA, as Administratrix of the Estate of LUIGI GALLINA, Deceased, Respondent, *v.* PATRICK McGOVERN et al., Individually and as Copartners under the Firm Name of PATRICK McGOVERN & COMPANY, Appellants.

*Gallina* v. *McGovern*, 165 App. Div. 905, affirmed.
(Submitted June 6, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants, his employers. The intestate was killed through the breaking of a plank of a scaffold on which he was working causing him to fall. The action was based upon sections 18 and 19 of the Labor Law (Cons. Laws, ch. 31).

*Alfred E. Holmes* and *Clayton J. Heermance* for appellants.

*Ludwig L. Scaserra, Harold A. Callan* and *Julius Riedler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.